JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>         **Plaintiff,**<br>**v.**<br><br>**1600 E Downtown Property, LLC, a California Limited Liability Company, American Celebrations, Inc., a California Corporation; and Does 1-10,**<br><br>         **Defendants.** | Case No.: 14-cv-09274-CAS-MRW<br><br>JUDGMENT PURSUANT TO FRCP RULE 68  (PROPOSED) |

   Pursuant to Rule 68 of the Federal Rules of Civil Procedure and by reason of the Notice Of Acceptance of the Offer Of Judgment dated March 10, 2015, both of which were filed with the Court on March 13, 2015,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that $2,001.00 is awarded in favor of Plaintiff and against Defendants for any and all claims for damages that are or may be awardable and recoverable in this action.

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants will pay reasonable attorney's fees and costs the amount of which will be determined

1 | by noticed motion and against which defendants may contest the requested amount as being unreasonable and/or unnecessary.

  This Judgment resolves all claims and causes of action asserted by Plaintiff against Defendants and for all relief sought in the action, monetary, nonmonetary, and injunctive.

Date: April 13, 2015

*/s/ Christina A. Snyder*
Christina A. Snyder
United States District Court Judge